UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-04916 JAK (AFMx) | Date | October 2, 2023 |
|---|---|---|---|
| Title | Oum Alkhair Mohammed Ali Aldylam, et al. v. Anthony Blinken, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CLOSING CASE PREVIOUSLY STAYED JS-6

On August 2, 2023, the Court issued an Order re Defendants' Motion to Dismiss (Dkt. 32). The Order was stayed for a 30-day period to permit Plaintiff to file a new action in another district. The stay expired on September 2, 2023. The Court hereby closes the case.

**IT IS SO ORDERED.**

                                                                                                                          _____ : _____

Initials of Preparer    TJ